

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-17-2007

# In Re: Janet Francis

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1698

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Janet Francis " (2007). *2007 Decisions.* Paper 1266.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1266

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DLD-174                                                           NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-1698
_____

IN RE: JANET FRANCIS,

Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 05-cv-04882)
_____

Submitted Under Rule 21, Fed. R. App. P.
March 22, 2007

Before:  BARRY, AMBRO and FISHER, Circuit Judges

(Filed:   April 17, 2007)

_____

OPINION
_____

PER CURIAM

        Janet Francis, a former member of the United States Army National Guard,

filed a mandamus petition with this Court on March 8, 2007.  She argues that she was

discharged from the Guard in violation of numerous Constitutional rights and seeks an

order requiring the Guard to reinstate her.

        Mandamus is a drastic remedy granted only in extraordinary cases.  See In

re Diet Drugs Prods. Liab. Litig., 418 F.3d 372, 378 (3d Cir. 2005).  To prevail, the petitioner must establish that she has "no other adequate means" to obtain relief and that she has a "clear and indisputable" right to issuance of the writ, and the reviewing court must determine that the writ is appropriate under the circumstances.  Id. at 378-79.  Mandamus cannot be used as a substitute for appeal.  See, e.g., Id. At 372.

In 2005, Petitioner filed a civil suit in the United States District Court seeking reinstatement to the Guard and money damages based on essentially the same facts alleged in her mandamus petition.  D.N.J. Civ. No. 05-cv-04882.  The District Court dismissed her complaint, and Francis filed an appeal, which is currently pending before this Court.  C.A. No. 06-4246.  This pending appeal clearly provides an adequate means for her to seek the relief requested in her mandamus petition.  Therefore, the petition for a writ of mandamus is denied.